K. Randolph Moore (SBN 106933)
Tanya E. Moore (SBN 206683)
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: 408-298-2000
Facsimile: 408-298-6046

Attorneys for Plaintiff Ronald Moore

CHARLES A. VALENTE (State Bar # 242740)
KRASNOW SAUNDERS CORNBLATH, LLP
500 North Dearborn Street, 2nd Floor
Chicago, Illinois 60654
(312) 755-5700; Fax: (312) 755-5720

Attorneys for Defendant Costco Wholesale Corporation

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE ) | Case No.: 10-cv-00929-AWI-GSA |
| ) | |
| Plaintiff, ) | |
| vs. ) | **JOINT STIPULATION TO EXTEND DATES** |
| ) | **SET BY SCHEDULING ORDER; ORDER** |
| COSTCO WHOLESALE CORPORATION ) | |
| d/b/a COSTCO WHOLESLAE ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Plaintiff Ronald Moore, by his undersigned counsel, and Defendant Costco Wholesale Corporation, by its undersigned counsel, jointly stipulate to extend the schedule for various pre-trial dates as follows:

**WHEREAS**, on November 29, 2011, this Court entered a Scheduling Order setting a schedule for this litigation;

/

**WHEREAS**, during the month of February 2011, one of the attorneys with primary responsibility for handling this matter was unexpectedly hospitalized and put through a battery of medical tests;

**WHEREAS**, the attorney has been diagnosed with a serious disease which will require extensive surgery and several months of treatment. (The parties have been non-specific here to avoid putting personal medical information in the public record. If the Court so desires the specifics can be provided for in camera review.);

**NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED AS FOLLOWS:**

1. In light of the situation, the parties have agreed to stay all discovery until June 24, 2011 and to continue all dates for 90 days as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Complete Fact Discovery | April 29, 2011 | July 29, 2011 |
| Disclose Experts | May 6, 2011 | August 8, 2011 |
| Disclose Supplemental Experts | May 27, 2011 | August 29, 2011 |
| Complete Expert Discovery | June 30, 2011 | September 30, 2011 |
| Non-Dispositive Motions Filed By | August 19, 2011 | November 18, 2011 |
| Dispositive Motions Filed by | October 14, 2011 | January 13, 2012 |
| Pre-trial Conference Date | January 6, 2012 | April 2012 |
| Trial Date | February 28, 2012 | June 2012 |

2. Responses to Plaintiff's pending discovery under Rules 33, 34, and 36 will be due on July 5, 2011.

/
/
/
/
/
/

3. Plaintiff's Inspection of Costco's premises will be continued to June 24, 2011 at 8:30 a.m.

Dated: March 29, 2011

| ATTORNEYS FOR RONALD MOORE, *Plaintiff* | COSTCO WHOLESALE CORPORATION, *Defendant* |
|---|---|
| By: /s/ Tanya E. Moore<br>One of His Attorneys<br>TANYA E. MOORE (SBN 206683)<br>K. RANDOLPH MOORE (SBN 106933)<br>MOORE LAW FIRM<br>332 N. Second Street<br>San Jose, CA 95112 | By: /s/Charles Valente<br>One of Its Attorneys<br>CHARLES A. VALENTE (State Bar # 242740)<br>KRASNOW SAUNDERS CORNBLATH, LLP<br>500 North Dearborn Street, 2nd Floor<br>Chicago, Illinois 60654 |

## **ORDER**

The Parties having so stipulated, and good cause appearing, it is hereby ordered as follows:

1. Discovery in the matter shall be stayed through June 23, 2011;

2. The dates set in the Court's Scheduling Order filed November 29, 2010 shall be continued as follows:

| | |
|---|---|
| Complete Fact Discovery | July 29, 2011 |
| Disclose Experts | August 8, 2011 |
| Disclose Supplemental Experts | August 29, 2011 |
| Complete Expert Discovery | September 30, 2011 |
| Non-Dispositive Motions Filed By | November 18, 2011 |
| Dispositive Motions Filed by | January 13, 2012 |
| Pre-trial Conference Date | April 12, 2012 |
| Trial Date | June 5, 2012 |

3.  Responses to Plaintiff's pending discovery under Rules 33, 34, and 36 are due July 5, 2011.

4.  Plaintiff's Inspection of Costco's premises will be continued to June 24, 2011 at 8:30 a.m.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **April 8, 2011**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND DATES; ORDER**