1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  10-cv-00929-AWI-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, dba COSTCO WHOLESALE, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Costco Wholesale Corporation, dba Costco Wholesale, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety, each party to bear their own attorney's fees and costs.

Date:  October 18, 2011                              MOORE LAW FIRM, P.C.


                                                     /s/ Tanya E. Moore
                                                     Tanya E. Moore
                                                     Attorney for Plaintiff Ronald Moore

///

//

*Moore v. Costco Wholesale Corporation, dba Costco Wholesale*
Stipulation for Dismissal; Order
                                Page 1

| | |
|---|---|
| Date:  October 18, 2011 | KRASNOW SAUNDERS<br>Cornblath Kaplan & Beninati LLP |
| | /s/ Charles V. Valente<br>Charles A. Valente, Attorneys for<br>Defendant Costco Wholesale Corporation |

### **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  October 18, 2011                    _____

CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. Costco Wholesale Corporation, dba Costco Wholesale*
Stipulation for Dismissal; Order